■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC MAINELLA, Appellant. [779 NYS2d 396]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]).

(Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Attempted Burglary, 2nd Degree). Present—Green, J.P., Hurlbutt, Kehoe, Martoche and Hayes, JJ.